**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION**

| | |
|---|---|
| **JULIANNA "JILL" BRANNEN,** *as Trustee of the 1996 C. Bishop Brannen III Irrevocable Trust*; **CLINTON B. BRANNEN, IV; and SARAH-AVERILL BRANNEN,**<br><br> *Plaintiffs,*<br><br>**v.**<br><br>**JACKSON NATIONAL LIFE INSURANCE COMPANY,**<br><br> *Defendant.* | **CIVIL ACTION NO. 5:18-cv-00044-TES** |

**ORDER**

On April 11, 2018, Defendant deposited funds into the Court's registry that were at issue in this matter. As the suit has concluded, the Court must now return those funds. In accordance with the parties' settlement agreement [Doc. 89], the Court **DIRECTS** and **AUTHORIZES** the Clerk of the Court to return the funds on deposit in the Court's registry in a check made payable to "Julianna Brannen, as Trustee of the 1996 C. Bishop Brannen III Irrevocable Trust", by certified mail, with a return receipt, to her address at "c/o Edward A. Piasta, Piasta Newbern Walker, LLC, 3301 Windy Ridge Parkway, Suite 110, Atlanta, Georgia 30339." [*Id.*, ¶ 7].

**SO ORDERED**, this 17th day of July, 2020.

*[signature on following page]*

S/ Tilman E. Self, III
**TILMAN E. SELF, III, JUDGE**
**UNITED STATES DISTRICT COURT**